FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 0 5 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

## WAIVER OF INDICTMENT

**UNITED STATES OF AMERICA**

v.

**JACOB THEODORE GEORGE IV**     **CRIMINAL NUMBER: CCB-13-0593**

**I, JACOB THEODORE GEORGE IV,** the above named defendant, who is accused of conspiracy to distribute and possess with the intent to distribute narcotics, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on this ____5____ day of November 2013, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Jacob Theodore George IV
Defendant

_____
Paul Hazlehurst, Esquire
Counsel for Defendant

Before _____
Hon. Catherine C. Blake
U.S. District Court Judge